MONROE *v.* STIGER.

Practice in Supreme Court.

BLECKLEY, C. J.—This case is controlled by the act of November 11th, 1889, prescribing the method of bringing cases to the Supreme Court.                                    *Writ of error dismissed.*

March 16, 1891. Argued at the last term.

J. L. SWEAT and L. A. WILSON, by brief, for plaintiff. S. W. HITCH, by brief, for defendant.